IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BILL STEWART,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. CV 08-906-JPG-PMF |
| ) | |
| **ARCHER DANIELS MIDLAND COMPANY/** ) | |
| **AMERICAN RIVER TRANSPORTATION** ) | |
| **COMPANY,** ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED: 10/7/09.**

                                             **NANCY J. ROSENSTENGEL, Clerk of Court**

                                             By: Brenda K. Lowe, Deputy Clerk

**APPROVED:**   *s/J. Phil Gilbert*
                  **J. PHIL GILBERT**
                  **U. S. DISTRICT JUDGE**